433 A.2d 3

COMMONWEALTH of Pennsylvania

v.

Edward HARDISON, Appellant.

Supreme Court of Pennsylvania.

Submitted May 18, 1981.

Decided July 2, 1981.

Marilyn C. Zilli, First Asst. Public Defender, for appellant.

Marion E. MacIntyre, 1st. Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

OPINION

PER CURIAM.

The judgment of sentence is affirmed.